UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM HERNANDEZ,

    *Plaintiff,*

v.                                                     CASE NO. 5:16-cv-00067-MP-GRJ

JULIE JONES, *ET AL.*,

    *Defendants.*

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 9, 2016. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 24. Plaintiff also filed identical objections on ECF No. 25. The objections are the same, but were re-filed by Plaintiff because he wanted to ensure the Court received the objections. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

There is a further matter the Court must also now address. Plaintiff previously moved to file a second amended complaint and for appointment of counsel. ECF Nos. 22, 23. The Magistrate Judge denied both motions. ECF No. 26. Next, Plaintiff filed a motion for an extension of time to file a response to the order, ECF No. 29, which was denied on ECF No. 30 because the motion did not suggest that Plaintiff had any meritorious response.

Plaintiff ignored that order and filed his objections anyway. ECF No. 31. In his motion, Plaintiff argues that he filed his motion to amend the complaint before the report and recommendation was posted. Plaintiff says that he was made aware of his failure to mention his previous cases and other deficiencies before the order report and recommendation was entered. He then says that it was not his intention to abuse the judicial process, but instead was due to a lack of knowledge. He argues that if he had access to counsel and direct access to the courts, this abuse would not happen. However, Plaintiff once again fails to provide the Court with anything to address the underlying issue: why his case should not be dismissed for abuse of the judicial process. Because Plaintiff has failed to do so, his objections are overruled and his request to amend his complaint is denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process.

3. Plaintiff's Objections, ECF No. 31, are **OVERRULED**.

4. The clerk is directed to close the file.

**SO ORDERED on August 5, 2016.**

> <u>s/Mark E. Walker</u>
> **United States District Judge**